

JUDGE KOELIL                     07 CV 3035

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

NARVIC MARITIME SA,                          :

                  Plaintiff,           :

    - against -                                   :

ANTILLES CEMENT CO.,                         :

               Defendant.          :
----------------------------------------------------------------X

## VERIFIED COMPLAINT

Plaintiff, NARVIC MARITIME SA (hereafter referred to as "Plaintiff"), by and through

its attorneys, Tisdale & Lennon, LLC, as and for its Verified Complaint against the Defendant,

ANTILLES CEMENT CO. (hereinafter "Defendant"), alleges, upon information and belief, as

follows:

1.      This is an admiralty and maritime claim within the meaning of Rule 9(h) of the

Federal Rules of Civil Procedure and 28 United States Code § 1333.

2.      At all times material to this action, Plaintiff was, and still is, a foreign company

duly organized and operating under foreign law and was at all material times the disponent

Owner of the motor vessel "LARK" (hereinafter the "Vessel").

3.      Upon information and belief, Defendant was, and still is, a foreign corporation, or

other business entity, organized under, and existing by virtue of the laws of Puerto Rico and was

at all material times the charterer of the Vessel.

4.      Pursuant to a charter party dated February 8, 2006, Plaintiff contracted with

Defendant to carry three shipments of about 25,000 tons of cement from Rizhao in China to San

Juan.

Bank, Bank of America, Bank of New York, Banco Popular de Puerto Rico, Banco Santander

Central Hispano, BNP Paribas, Citibank, Deutsche Bank, HSBC Bank USA Bank, J.P. Morgan

Chase, Societe Generale, Standard Chartered Bank, Wachovia Bank N.A., and/or UBS AG,

which are believed to be due and owing to the Defendant.

12.     The Plaintiff seeks an order from this court directing the Clerk of Court to

issue Process of Maritime Attachment and Garnishment pursuant to Rule B of the Supplemental

Rules for Certain Admiralty and Maritime Claims, and also pursuant to the United States

Arbitration Act, 9 U.S.C. §§ 1 and 8, attaching, *inter alia*, any assets of the Defendant held by

the aforesaid garnishee for the purpose of obtaining personal jurisdiction over the Defendant, and

to secure the Plaintiff's claim as described above.

**WHEREFORE**, Plaintiff prays:

A.      That process in due form of law issue against the Defendant, citing it to appear

and answer under oath all and singular the matters alleged in the Complaint;

B.      That since the Defendant cannot be found within this District pursuant to

Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims, this Court issue

an Order directing the Clerk of Court to issue Process of Maritime Attachment and Garnishment

pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims, also

pursuant to the United States Arbitration Act, 9 U.S.C. §§ 1 and 8, attaching all goods, chattels,

credits, letters of credit, bills of lading, effects, debts and monies, tangible or intangible, or any

other funds held by any garnishee, including, but not limited to, ABN Amro, American Express

Bank, Bank of America, Bank of New York, Banco Popular de Puerto Rico, Banco Santander

Central Hispano, BNP Paribas, Citibank, Deutsche Bank, HSBC Bank USA Bank, J.P. Morgan

Chase, Societe Generale, Standard Chartered Bank, Wachovia Bank N.A., and/or UBS AG,

which are due and owing to the Defendant, in the amount of **$56,113.72** calculated to date to

secure the Plaintiff's claims, and that all persons claiming any interest in the same be cited to

appear and pursuant to Supplemental Admiralty Rule B answer the matters alleged in the

Complaint;

      C.      That this Court recognize and confirm any arbitration award or judgment rendered

on the claims had herein as a Judgment of this Court;

      D.      That this Court retain jurisdiction over this matter through the entry of any

judgment or award associated with any of the claims currently pending, or which may be

initiated in the future, including any appeals thereof;

      E.      That this Court award Plaintiff the attorneys' fees and costs incurred in this

action; and

      F.      That the Plaintiff has such other, further and different relief as the Court

may deem just and proper.

Dated: Southport, CT
       April 16, 2007

                    The Plaintiff,
                    NARVIC MARITIME SA

              By: _____
                    Nancy R. Peterson (NP 2871)
                    Patrick F. Lennon (PL 2162)
                    TISDALE & LENNON, LLC
                    11 West 42nd Street, Suite 900
                    New York, NY 10036
                    (212) 354-0025 – phone
                    (212) 869-0067 – fax
                    npeterson@tisdale-lennon.com
                    plennon@tisdale-lennon.com

### ATTORNEY'S VERIFICATION

State of Connecticut )
                 )    ss.:    Town of Southport
County of Fairfield )

    1.      My name is Nancy R. Peterson.

    2.      I am over 18 years of age, of sound mind, capable of making this Verification, and fully competent to testify to all matters stated herein.

    3.      I am an attorney in the firm of Tisdale & Lennon, LLC, attorneys for the Plaintiff.

    4.      I have read the foregoing Verified Complaint and know the contents thereof and believe the same to be true and accurate to the best of my knowledge, information and belief.

    5.      The reason why this Verification is being made by the deponent and not by the Plaintiff is that the Plaintiff is a business organization with no officers or directors now within this District.

    6.      The source of my knowledge and the grounds for my belief are the statements made, and the documents and information received from, the Plaintiff and agents and/or representatives of the Plaintiff.

    7.      I am authorized to make this Verification on behalf of the Plaintiff.

Dated:      Southport, CT
               April 16, 2007

                                 Nancy R. Peterson

5