JUDGE KOELTL

07 CV 3035

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
NARVIC MARITIME SA,

                Plaintiff,

- against -

ANTILLES CEMENT CO.,

                Defendant.
------------------------------------------------------------------X

07 CV _____
ECF CASE

RECEIVED APR 16 2007 U.S.D.C. S.D.N.Y. CASHIERS

## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

                NONE.

Dated: April 16, 2007
       Southport, CT

                              The Plaintiff,
                              NARVIC MARITIME SA

                        By: _____
                              Nancy R. Peterson (NP-2871)
                              Patrick F. Lennon (PL 2162)
                              TISDALE & LENNON, LLC
                              11 West 42nd Street, Suite 900
                              New York, NY 10036
                              (212) 354-0025 – phone
                              (212) 869-0067 – fax
                              npeterson@tisdale-lennon.com
                              plennon@tisdale-lennon.com