CLARK, ATCHESON & REISERT
Richard J. Reisert (RR-7118)
Attorneys for Garnishee
Societe Generale New York Branch
7800 River Road
North Bergen, NJ  07047
Tel: (201) 537-1200
Fax: (201) 537-1201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
NARVIC MARITIME SA,                              :
                                                 :
               Plaintiff,       :          **07-CV-3035**
                                                 :
               v.               :          **NOTICE OF**
                                                 :          **APPEARANCE**
ANTILLES CEMENT CO.,                             :
                                                 :
               Defendant.       :
---------------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

      Please enter my appearance as counsel for Garnishee, Société Générale New York Branch.  I certify that I am admitted to practice before this Honorable Court.

Dated:  North Bergen, New Jersey
          May 7, 2007

                                   CLARK, ATCHESON & REISERT
                                   Attorneys for Garnishee
                                   Société Générale New York Branch

                     By:  _____
                          Richard J. Reisert (RR-7118)
                          7800 River Road
                          North Bergen, NJ  07047
                          Tel: (201) 537-1200
                          Fax: (201) 537-1201
                          Email:  reisert@navlaw.com