CLARK, ATCHESON & REISERT
Richard J. Reisert (RR-7118)
Attorneys for Garnishee
Société Générale New York Branch
7800 River Road
North Bergen, NJ 07047
Tel: (201) 537-1200
Fax: (201) 537-1201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
NARVIC MARITIME SA,             :
                                :
            Plaintiff,          :         07-CV-3035
                                :
        v.                      :
                                :
ANTILLES CEMENT CO.,            :
                                :
            Defendant.          :
-----------------------------------------------------------x

**REPORT OF GARNISHEE SOCIÉTÉ GÉNÉRALE NEW YORK BRANCH
TO PLAINTIFF'S MARITIME ATTACHMENT AND GARNISHMENT**

TO THE MARSHALL OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK:

Pursuant to Rule B(3)(a) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure and in response to a certain Process of Maritime Attachment and Garnishment in the captioned matter dated April 17, 2007, and served upon Garnishee Société Générale New York Branch on April 17, 2007, and on a continuous daily basis from April 19 – 26 and April 30, 2007 through the date of this report, Garnishee Société Générale New York Branch hereby states that on such dates of service, it was not indebted to the defendant and did not otherwise have in its possession any property, tangible or intangible, including funds, assets, cash, goods,

chattels, credits, effects, debts owed by or owed to the defendant or monies to be paid to discharge a debt owed to the defendant, including monies being electronically transferred by, to or for the benefit of the defendant.

Dated: North Bergen, New Jersey
       May 7, 2007

                                      CLARK, ATCHESON & REISERT
                                      Attorneys for Garnishee
                                      Société Générale New York Branch

By: _____
                                      Richard J. Reisert (RR-7118)
                                      7800 River Road
                                      North Bergen, NJ 07047
                                      Tel: (201) 537-1200
                                      Fax: (201) 537-1201
                                      Email: reisert@navlaw.com

TO:    CLERK OF THE COURT

        TISDALE & LENNON
        Attorneys for Plaintiff
        Attn: Nancy R. Peterson, Esq. (Via email)

## **VERIFICATION**

STATE OF NEW YORK     )
                                           ) ss.:
COUNTY OF NEW YORK  )

John M. Driscoll, being duly sworn, deposes and says as follows:

I am the Deputy Director of Litigation and Regulatory Affairs for Société Générale New York Branch. I have reviewed the contents of the foregoing Report of Garnishee Société Générale New York Branch in response to Plaintiff's Maritime Attachment and Garnishment in docket no. 07-CV-3035, and know the contents thereof and that the same are true to the best of my own knowledge. I base this upon personal knowledge, review of Société Générale New York Branch's files, and communications with relevant employees of the Bank.

_____
John M. Driscoll

Sworn to before me this
7th day of May 2007.

_____
Notary Public

DANIEL K. HOBBS, NOTARY PUBLIC
State of New York, No. 01HO6138668
Qualified in New York County
Commission Expires December 27, 2009