UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
Narvic Maritime SA,

   Plaintiff,

                                                       07-cv-03035-JGK

         -against-

Antilles Cement Co.,

   Defendant.
------------------------------------------------------------x

**NOTICE OF CHANGE OF ADDRESS**

To: Attorney Admission Clerk and All Other Parties

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: _____Nancy R. Peterson_____

**X** Attorney

    **X** I am a U.S.D.C., Southern District of New York attorney. My Bar Number is:
    __NP 2871__
    ☐ I am a Pro Hac Vice attorney
    ☐ I am a Government Agency attorney

 ☐ Law Firm/Government Agency Association

    From: _____Tisdale & Lennon, LLC_____

    To: _____Lennon, Murphy & Lennon, LLC_____

    **X** I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Address: The Gray Bar Building, 420 Lexington Ave., Suite 300, New York, NY 10170
Telephone Number: (212) 490-6050
Fax Number: (212) 490-6070
E-Mail Address: nrp@lenmur.com

Dated: 6/21/2007    _____[signature]_____