UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
Narvic Maritime SA,

   Plaintiff,

                                                07-cv-03035-JGK

        -against

Antilles Cement Co.,

   Defendant.
------------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

To: Attorney Admission Clerk and All Other Parties

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: _____Patrick F. Lennon_____


**X** Attorney

   **X** I am a U.S.D.C., Southern District of New York attorney. My Bar Number is:
     ___PL 2162___
    ☐ I am a Pro Hac Vice attorney
    ☐ I am a Government Agency attorney

☐ Law Firm/Government Agency Association

   From: _____Tisdale & Lennon, LLC_____

   To: _____Lennon, Murphy & Lennon, LLC_____

  **X** I will continue to be counsel of record on the above-entitled case at my new firm/agency.

☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Address: The Gray Bar Building, 420 Lexington Ave., Suite 300, New York, NY 10170
Telephone Number: ___(212) 490-6050___
Fax Number: ___(212) 490-6070___
E-Mail Address: ___pfl@lenmur.com___

Dated: ___6/21/2007___         _____
                                              /o/b/o Patrick F. Lennon