# LENNON, MURPHY & LENNON, LLC – *Attorneys at Law*

| | | |
|---|---|---|
| The GrayBar Building | Patrick F. Lennon – *pfl@lenmur.com* | Tide Mill Landing |
| 420 Lexington Ave., Suite 300 | Charles E. Murphy – *cem@lenmur.com* | 2425 Post Road |
| New York, NY 10170 | Kevin J. Lennon – *kjl@lenmur.com* | Southport, CT 06890 |
| *phone* (212) 490-6050 | Nancy R. Peterson – *nrp@lenmur.com* | *phone* (203) 256-8600 |
| *fax* (212) 490-6070 | | *fax* (203) 256-8615 |

August 27, 2007

**By Facsimile (212) 805-7912**
Hon. John G. Koeltl
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1030
New York, New York 10007-1312

Re: *Narvic Maritime SA v. Antilles Cement Co.*
Docket Number: 07-cv-03035-JGK
Our Reference Number: 1139

Dear Judge Koeltl:

    We write to provide the Court with the status of the above-captioned case and to request an adjournment of the pretrial conference scheduled for Thursday, August 30, 2007 at 4:00 p.m.

    We are attorneys for the Plaintiff in this admiralty action brought pursuant to Supplemental Admiralty Rule B of the Federal Rules of Civil Procedure. On April 17, 2007 an Ex-Parte Order authorizing process of maritime attachment was issued permitting restraint of Defendant's property in the hands of garnishee banks located within the Southern District of New York.

    In response to service of the Ex-Parte Order and Writ, HSBC restrained Defendant's property in the full amount requested ($56,113.72). The parties have now settled the underlying matter and a dismissal will be filed as soon as Plaintiff confirms receipt of the settlement payment. Currently, we have requested confirmation from our client that the payment has been received, however, we have not heard back at this time.

    Therefore, we request that the pre-trial conference currently scheduled in this matter for August 30, 2007 at 4:00 be adjourned *sine die* since this matter, presuming the payment is received, will be imminently dismissed. Defendant's counsel has been contacted and consented to this request.

*[Handwritten annotation: Conference adjourned. So ordered. 8/27/07 JGK U.S.D.J.]*

Should your Honor have any questions or comments we are available to discuss the same at any convenient time to the Court. We thank your Honor for consideration of this request.

Respectfully submitted,

Nancy R. Peterson (NP 2871)

Cc: *Via Facsimile (212) 797-1212*
Tulio R. Prieto