UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
NARVIC MARITIME SA,

                              Plaintiff(s)

                 -against-

ANTILLIE CEMENT CO.,

                              Defendant(s).
-----------------------------------------------------------X

07 civ 3035 (JGK)

ORDER OF DISCONTINUANCE

DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/28/2007

It having been reported to this Court that the parties have settled this action,

It is, on this **28**[TH] day of **September,** 2007, hereby ordered that this matter be

discontinued with prejudice but without costs; provided, however, that within **30** days of the date

of this order, counsel for the plaintiff may apply by letter for restoration of the action to the

calendar of the undersigned, in which event the action will be restored.

SO ORDERED.

JOHN G. KOELTL
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
        September 28, 2007